UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 95-341(DRD) |
| Plaintiff, : | |
| : | |
| v. : | **O R D E R** |
| : | |
| RONALD E. ALLEN, : | |
| : | |
| Defendant. : | |

For the reasons set forth in an opinion of even date it is this 10th day of March, 2010;

**ORDERED** that Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) is denied.

      /s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE
U.S.S.D.J.