UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : Crim. No. 95-341(DRD) |
| v. | : **O R D E R** |
| RONALD E. ALLEN, | : |
| Defendant. | : |

For the reasons set forth in a letter of even date, it is this 22nd day of July, 2011

**ORDERED** that Defendant's June 28, 2011 Motion to Correct Sentence is dismissed.

DICKINSON R. DEBEVOISE
U.S.S.D.J.