PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Ronald E. Allen      **Docket Number:** 95-00341-001
     **PACTS Number:** 12193

**Name of Sentencing Judicial Officer:** HONORABLE ALFRED J. LECHNER, JR.
     UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/18/1996

**Original Offense:** CARJACKING

**Original Sentence:** 180 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release      **Date Supervision Commenced:** 10/27/11

**Assistant U.S. Attorney:** Charles McKenna, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Tonianne Bongiovanni, AFPD, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 8, 2012, Pennsylvania State Police arrested Allen and charged him with Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver Heroin (2 counts), Criminal Use of Communication Facility, and Intent to Possess Controlled Substance (Heroin) by Person not registered. These offenses include Allen's participation in a drug transaction in Luzerne County, Pennsylvania on February 24, 2012. |
| 2. | The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |

PROB 12C - Page 2
Ronald E. Allen

Allen left the District of New Jersey on or about February 24 and March 8, 2012. On those dates Pennsylvania State Police observed the offender in Luzerne County as part of a narcotics trafficking investigation.

3. The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On March 8, 2012, Allen was arrested by Pennsylvania State Police on several drug offenses. The offender did not notify the probation officer about the arrest by March 12, 2012 or at any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 3/14/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

March 20, 2012
Date