UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Dickinson R. Debevoise

       v.                           :     Crim. No. 95-341

RONALD E. ALLEN              :     <u>O R D E R</u>

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Ronald E. Allen (Donald McCauley, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 11, 1995; and the defendant having entered a guilty plea on June 18, 2012 to having committed Violation No. 2, which charges that defendant left the District of New Jersey without the permission of the Court or the Probation Officer on or about February 24, 2012 and on or about March 8, 2012; and for good cause shown;

IT IS on this 24th day of June, 2012,

ORDERED that the defendant is adjudged guilty of having committed Violation No. 2;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of eight months, with credit for time served;

IT IS FURTHER ORDERED that upon his release from the Bureau

of Prisons, the defendant shall not serve any additional period of supervised release;

IT IS FURTHER ORDERED that Violation Nos. 1 and 3 of the Petition filed March 20, 2012 (Docket Entry 9) are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge